

The Clerk of Court shall maintain the documents on the attached addendum (ECF No. 106-1) under seal. Plaintiffs shall file redacted versions as soon as practicable.

October 4, 2023

SO ORDERED.

*signature*

CATHY SEIBEL, U.S.D.J.

10/4/23

**VIA ECF**
The Honorable Cathy Seibel
United States District Judge
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Westchester County, NY v. Mylan Pharmaceuticals, et al.*
Case No.: 7:23-cv-06096

*This Relates to*:
*Cattaraugus County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06103;*
*Cayuga County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06106;*
*Chautauqua County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.:7: 23-cv-06108;*
*Chemung County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06109;*
*Chenango County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06120;*
*City Of Ithaca, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06115;*
*City Of Kingston, NY vs. Novartis, et al., Case No.: 7:23-cv-06126;*
*City Of Mount Vernon, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06136;*
*Clinton County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06113;*
*Cortland County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06121;*
*Essex County, NY vs. Mylan Pharmaceuticals, Inc. et al.,Case No.: 7:23-cv-06097;*
*Franklin County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06125;*
*Genesee County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06128;*
*Hamilton County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06129;*
*Livingston County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06132;*
*Niagara County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06104;*
*Orleans County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06110;*
*Ostego County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06112;*
*Putnam County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No: 7:23-cv-06116;*
*Rensselaer County, NY vs. Mylan Pharmaceuticals, Inc. et al.,Case No.: 7:23-cv-06117;*
*Saratoga County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06119;*
*Schoharie County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06123;*
*Schuyler County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06127;*
*Steuben County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06107;*
*Tioga County, NY vs. Mylan Pharmaceuticals, Inc. et al.,Case No.: 7:23-cv-06098;*
*Tompkins County, NY vs. Mylan Pharmaceuticals, Inc. et al.,Case No.: 7:23-cv-06114;*
*Town Of Lancaster, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06130;*
*Town Of Amherst, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06118;*
*Town Of Cheektowaga, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06124;*
*Warren County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06133;*
*Yates County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06134;*
*Town Of Tonawanda, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06131;*
*Westchester County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06096;*
*Madison County, NY vs. Mylan Pharmaceuticals, Inc. et al., Case No.: 7:23-cv-06135;*

Dear Judge Seibel,

    We represent the Plaintiffs above and write pursuant to Rule 21.7 of this Court's Electronic Case Filing Rules & Instructions and Rule 11B of Your Honor's Individual Practice Rules to request that Plaintiffs' Supplemental Amended Complaints filed on September 29, 2023[1] be filed under seal.

    Late yesterday evening, counsel for Defendants Express Scripts and Optum Rx notified us and contend that our filings on September 29, 2023 contained confidential information that may be subject to a protective order. While we review these Supplemental Amended Complaints for this alleged information, we immediately notified the New York ECF filing clerk to temporarily block the images on the court docket on PACER so as to make this application to Your Honor. Earlier today, the clerk granted our request and temporarily blocked the documents.

    Plaintiffs respectfully request that the Court enter an Order permanently sealing the docket entries in the attached addendum of cases so that they can be reviewed and potentially accommodate the Defendants' contentions. After review, Plaintiffs expect to refile redacted versions of the Supplemental Amended Complaints should that be necessary.

* * * * *

    We appreciate the Court's attention to this matter.

Sincerely,

NAPOLI SHKOLNIK PLLC

*/s/ Salvatore C. Badala*
Salvatore C. Badala
400 Broadhollow Rd., Ste. 305
Melville, NY 11747
Tele: 212-397-1000
Email: SBadala@Napolilaw.com

*/s/ Shayna E. Sacks*
Shayna E. Sacks
360 Lexington Ave., 11th Fl.
New York, NY 10017
Tele: 212-397-1000
Email: SSacks@Napolilaw.com

---

[1] A complete list of the Plaintiff's cases and docket numbers to be filed under seal are attached hereto in the addendum.

                                                           NS PR LAW SERVICES, LLC

                                                           */s/ Paul J. Napoli*
                                                           Paul J. Napoli
                                                           Hunter J. Shkolnik
                                                           1302 Avenida Ponce de Leopn
                                                           Santurce, Puerto Rico 00907
                                                           Tele: 787-493-5088
                                                           Email: PNapoli@NSPRLaw.com
                                                           Email: Hunter@NSPRLaw.com

                                                           *Counsel to Plaintiffs*

cc:  All Parties vis CM/ECF

CERTIFICATE OF SERVICE

The undersigned attorney certifies that on October 4, 2023, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

/s/ *Salvatore C. Badala*

Addendum

| Plaintiff and Case Name | Case Number | Docket Number to seal | Pleading to be sealed | Date Filed |
|---|---|---|---|---|
| WESTCHESTER COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06096 | 105 | Supplemental Amended Complaint | 9/29/2023 |
| CATTARAUGUS COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06103 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CAYUGA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06106 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CHAUTAUQUA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06108 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CHEMUNG COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06109 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CHENANGO COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06120 | 30 | Supplemental Amended Complaint | 9/29/2023 |
| CITY OF ITHACA, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06115 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| CITY OF KINGSTON, NY vs. Novartis, et al. | 7:23-cv-06126 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| CITY OF MOUNT VERNON, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06136 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| CLINTON COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06113 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| CORTLAND COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06121 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| ESSEX COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06097 | 34 | Supplemental Amended Complaint | 9/29/2023 |
| FRANKLIN COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06125 | 31 | Supplemental Amended Complaint | 9/29/2023 |

Case 7:23-cv-06096-CS Document 107 Filed 10/05/23 Page 5 of 7

Addendum

| Plaintiff and Case Name | Case Number | Docket Number to seal | Pleading to be sealed | Date Filed |
|---|---|---|---|---|
| HAMILTON COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06129 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| LIVINGSTON COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06132 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| NIAGARA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06104 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| ORLEANS COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06110 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| OSTEGO COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06112 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| PUTNAM COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06116 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| RENSSELAER COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06117 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| SARATOGA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06119 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| SCHOHARIE COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06123 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| SCHUYLER COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06127 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| STEUBEN COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06107 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TIOGA COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06098 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TOMPKINS COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06114 | 32 | Supplemental Amended Complaint | 9/29/2023 |

Addendum

| Plaintiff and Case Name | Case Number | Docket Number to seal | Pleading to be sealed | Date Filed |
|---|---|---|---|---|
| TOWN OF AMHERST, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06118 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TOWN OF CHEEKTOWAGA, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06124 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| WARREN COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06133 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| YATES COUNTY,NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06134 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TOWN OF TONAWANDA,NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06131 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| MADISON COUNTY,NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06135 | 31 | Supplemental Amended Complaint | 9/29/2023 |
| GENESEE COUNTY, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06128 | 32 | Supplemental Amended Complaint | 9/29/2023 |
| TOWN OF LANCASTER, NY vs. Mylan Pharmaceuticals, Inc. et al. | 7:23-cv-06130 | 32 | Supplemental Amended Complaint | 9/29/2023 |