IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTCHESTER COUNTY, NY,<br><br>                    Plaintiff,<br><br>-against-<br><br>MYLEN PHARMACEUTICALS, INC., et al.,<br><br>                    Defendants. | Case No. 7:23-06096-CS<br><br>**NOTICE OF APPEARANCE**<br><br>**This Document Relates to All Actions** |

PLEASE TAKE NOTICE that the undersigned, Patrick L. Robson, hereby appears as counsel for Defendants Koninklijke Ahold Delhaize N. V., Ahold Delhaize USA, Inc., American Sales Company, LLC and The Stop & Shop Supermarket Company LLC d/b/a Stop & Shop Pharmacy, in the above-captioned action and requests that a copy of all papers in this action be served upon the undersigned.

Dated: New York, New York
       October 10, 2023

                                        HUNTON ANDREWS KURTH LLP

                                    By: _____
                                        Patrick L. Robson, Esq.
                                        200 Park Avenue
                                        New York, New York 10166
                                        Telephone: (212) 309-1000
                                        probson@huntonAK.com

                                        *Counsel for Koninklijke Ahold Delhaize N. V.,*
                                        *Ahold Delhaize USA, Inc., American Sales*
                                        *Company, LLC and The Stop & Shop Supermarket*
                                        *Company LLC d/b/a Stop & Shop Pharmacy*