UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
WESTCHESTER COUNTY, *et al.*,

                             Plaintiffs,

     - against -

MYLAN PHARMACEUTICALS, INC., *et al.*,

                             Defendants.
----------------------------------------------------------------x

**ORDER**

No. 23-CV-6096 (CS)

Seibel, J.

       Between April 18, 2024 and May 1, 2024, Defendants timely removed twenty-one cases

(the "Second Wave Cases") from Westchester County Supreme Court to this Court, which were

properly designated as related to the above-captioned case.  (*See* ECF No. 150 ¶ 1; ECF No. 140

at 4.)[1]  On June 18, 2024, I entered an Order remanding the above-captioned case and thirty-

three related opioid cases that were initially removed from Westchester County Supreme Court

to this Court in 2023.  (*See* ECF No. 148 at 23.)

---

[1] The twenty-one Second Wave Cases are:  *County of Monroe v. Purdue Pharma L.P., et al.*, No. 24-CV-2962; *County of Erie v. Purdue Pharma L.P., et al.*, No. 24-CV-3008; *County of Ontario v. Purdue Pharma L.P., et al.*, No. 24-CV-3004; *County of Schenectady v. Purdue Pharma L.P., et al.*, No. 24-CV-2986; *County of Orange v. Purdue Pharma L.P., et al.*, No. 24-CV-3076; *County of Seneca v. Purdue Pharma L.P., et al.*, No. 24-CV-3077; *County of Sullivan v. Purdue Pharma L.P., et al.*, No. 24-CV-3083; *County of Wyoming v. Purdue Pharma L.P., et al.*, No. 24-CV-3088; *County of Dutchess v. Purdue Pharma L.P., et al.*, No. 24-CV-3106; *County of Oswego v. Purdue Pharma L.P., et al.*, No. 24-CV-3112; *County of Greene v. Purdue Pharma L.P., et al.*, No. 24-CV-3126; *County of Lewis v. Purdue Pharma L.P., et al.*, No. 24-CV-3140; *County of Herkimer v. Purdue Pharma L.P., et al.*, No. 24-CV-3138; *County of Broome v. Purdue Pharma L.P., et al.*, No. 24-CV-3191; *County of Washington v. Purdue Pharma L.P., et al.*, No. 24-CV-3170; *County of Saint Lawrence v. Purdue Pharma L.P., et al.*, No. 24-CV-3193; *County of Columbia v. Purdue Pharma L.P., et al.*, No. 24-CV-3293; *County of Fulton v. Purdue Pharma L.P., et al.*, No. 24-CV-3257; *County of Ulster v. Purdue Pharma L.P., et al.*, No. 24-CV-3259; *City of New York v. Purdue Pharma L.P., et al.*, No. 24-CV-3345; and *County of Montgomery v. Purdue Pharma L.P., et al.*, No. 24-CV-3305.

As the parties recognize in their joint letter dated July 2, 2024, the reasoning of that Order applies with equal force to the Second Wave Cases.  (*See* ECF No. 150 ¶ 4.)  Accordingly – and on consent of all parties, (*see id.* ¶ 5) – the Court grants their joint request to remand the Second Wave Cases to state court.  The Clerk of Court is respectfully directed to:  (1) docket this Order in the above-captioned case and the twenty-one Second Wave Cases (listed in footnote 1); (2) terminate the pending motions to remand in the twenty-one Second Wave Cases; and (3) remand the twenty-one Second Wave Cases to the Supreme Court of the State of New York, Westchester County no earlier than July 10, 2024.

**SO ORDERED.**

Dated: July 3, 2024
            White Plains, New York

_____
    CATHY SEIBEL, U.S.D.J.